IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>v.<br><br>ROBERT J. RAFFA | No. 16-CV-10670-MBB |

### ASSENTED-TO MOTION TO CONTINUE ANSWER DEADLINE

Defendant, Robert J. Raffa, by and through undersigned counsel,[1] with the assent of the SEC, respectfully moves to continue the deadline by which he must file an answer through and including June 27, 2016. As grounds therefor, additional time will permit Mr. Raffa to determine whether he can retain counsel to represent him in this matter and will also afford the parties an opportunity to discuss whether or not these proceedings should be stayed pending disposition of the parallel criminal case.

Respectfully submitted,

ROBERT J. RAFFA
by his attorney

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
WILLIAM_FICK@FD.ORG

---

[1] Undersigned counsel is appointed under the CJA to represent Mr. Raffa in the parallel criminal case, *United States v.Raffa*, No. 16-CR-10125-PBS. Pursuant to that appointment, undersigned counsel cannot provide ongoing general representation in this civil case but files the instant motion ancillary to the CJA appointment in order to protect Mr. Raffa's Fifth Amendment rights.

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 25, 2016.

            */s/ William Fick*