

**EXHIBIT D**

CLOSED,VICTIM

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:16-cr-10125-PBS All Defendants

| | |
|---|---|
| Case title: USA v. Aubel et al | Date Filed: 05/04/2016 |
| Magistrate judge case number: 1:16-mj-06069-MPK | Date Terminated: 02/05/2019 |

Assigned to: Chief Judge Patti B. Saris

**Defendant (1)**

| | | |
|---|---|---|
| **David J. Aubel**<br>*TERMINATED: 02/05/2019* | represented by | **Elliot M. Weinstein**<br>83 Atlantic Avenue<br>Boston, MA 02110<br>617-367-9334<br>Fax: 617-523-7554<br>Email: elliot@eweinsteinlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained<br><br>**James Lappen**<br>Kress Bldg<br>1514 Broadway<br>Suite 301<br>Fort Myers, FL 33901<br>*TERMINATED: 06/06/2016*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community<br>Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1349 CONSPIRACY TO COMMIT SECURITIES FRAUD AND WIRE FRAUD<br>(1) | Sentencing imposed 87 Months Imprisonment on counts 1-5 all to be served concurrently with each other; No Fine; $500 Special Assessment; Restitution $242,552.72 ; 5 Years of Supervised Release. Standard & Special Conditions of Supervision. |
| 18:1348,2 SECURITIES FRAUD<br>(2) | Sentencing imposed 87 Months Imprisonment on counts 1-5 all to be served concurrently with each other; No Fine; $500 Special Assessment; Restitution $242,552.72 ; 5 Years of Supervised Release. Standard & Special Conditions of Supervision. |
| 18:1348, 1349 FRAUD WIRE, 18:2 AIDING AND ABETTING<br>(3-5) | Sentencing imposed 87 Months Imprisonment on counts 1-5 all to be served concurrently with each other; No Fine; $500 Special Assessment; Restitution $242,552.72 ; 5 Years of Supervised Release. Standard & Special Conditions of Supervision. |

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**

18:371- Conspiracy to Commit Securities Fraud; 18:1343, 1349- Wire Fraud

**Disposition**

---

Assigned to: Chief Judge Patti B. Saris

**Defendant (2)**

Robert J. Raffa
*TERMINATED: 01/16/2018*

represented by **Jennifer C. Pucci**
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street
5th Floor
Boston, MA 02210
617-223-8061
Email: jennifer_pucci@fd.org
*TERMINATED: 08/10/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Joshua Robert Hanye**
Federal Public Defender's Office
51 Sleeper Street
Boston, MA 02210
617-223-8061
Email: joshua_hanye@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Samia Hossain**
Federal Defender Office
51 Sleeper Street, 5th Flr.
Boston, MA 02210
(617) 223-8061
Email: Samia_Hossain@fd.org
*ATTORNEY TO BE NOTICED*

**William W. Fick**
Fick & Marx LLP
24 Federal Street, 4th Fl.
Boston, MA 02110

857-321-8360
Email: wfick@fickmarx.com
*TERMINATED: 09/14/2016*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1349 CONSPIRACY TO COMMIT SECURITIES FRAUD AND WIRE FRAUD (1) | Guilty Plea accepted - Sentence Imposed on Counts 1- 5, 24 Months on Counts 1-5 to be served concurrently with each other; 2 Years. Supervised Release; $500 Special Assessment; No Fine; Restitution Deferred until 3/26/18; Standard and Special Conditions of S.R.; Self Surrender 3/30/18 to institution designated by BOP; REC TO BOP: FMC Devens Camp. Parties to submit briefs re: Restitution by 3/26/18. |
| 18:1348,2 SECURITIES FRAUD (2) | Guilty Plea accepted - Sentence Imposed on Counts 1- 5, 24 Months on Counts 1-5 to be served concurrently with each other; 2 Years. Supervised Release; $500 Special Assessment; No Fine; Restitution Deferred until 3/26/18; Standard and Special Conditions of S.R.; Self Surrender 3/30/18 to institution designated by BOP; REC TO BOP: FMC Devens Camp. Parties to submit briefs re: Restitution by 3/26/18. |
| 18:1348, 1349 FRAUD WIRE; 18:2 AIDING AND ABETTING (3-5) | Guilty Plea accepted - Sentence Imposed on Counts 1- 5, 24 Months on Counts 1-5 to be served concurrently with each other; 2 Years. Supervised Release; $500 Special Assessment; No Fine; Restitution Deferred until 3/26/18; Standard and Special Conditions of S.R.; Self Surrender 3/30/18 to institution designated by BOP; REC TO BOP: FMC Devens Camp. Parties to submit briefs re: Restitution by 3/26/18. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:371- Conspiracy to Commit Securities Fraud; 18:1343, 1349- Wire Fraud | |

**Plaintiff**

**USA**        represented by   **Andrew J. Palid**
Securities and Exchange Commission - MA
33 Arch Street
23rd Floor
Boston, MA 02110-1424
(617) 573-4540
Email: palida@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Vassili Thomadakis**
US Attorney's Office - MA
J. Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3105
Email: vassili.thomadakis@usdoj.gov
*TERMINATED: 03/07/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Eric P. Christofferson**
DLA Piper US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447
617-406-6089
Email: eric.christofferson@dlapiper.com
*TERMINATED: 02/14/2017*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Jordi deLlano**
United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3155
Email: jordi.de.llano.campos@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2016 | 1 | ELECTRONIC NOTICE of Case Assignment as to David J. Aubel, Robert J. Raffa; Magistrate Judge M. Page Kelley assigned to case. (Nicewicz, Craig) [1:16-mj-06069-MPK] (Entered: 04/06/2016) |
| 04/06/2016 | 2 | MOTION to Seal as to David J. Aubel, Robert J. Raffa by USA. (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/06/2016) |
| 04/06/2016 | 3 | |

| | | |
|---|---|---|
| | | Magistrate Judge M. Page Kelley: ENDORSED ORDER entered granting 2 Motion to Seal as to David J. Aubel (1), Robert J. Raffa (2). "Allowed" (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/06/2016) |
| 04/06/2016 | 4 | SEALED COMPLAINT as to David J. Aubel (1), Robert J. Raffa (2). (Attachments: # 1 Affidavit)(Moore, Kellyann) (Additional attachment(s) added on 4/6/2016: # 2 JS-45, # 3 JS-45) (Moore, Kellyann). [1:16-mj-06069-MPK] (Entered: 04/06/2016) |
| 04/07/2016 | | Arrest of Robert J. Raffa (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/07/2016) |
| 04/07/2016 | 6 | ELECTRONIC NOTICE OF HEARING for Initial Appearance as to Robert J. Raffa. Initial Appearance set for 4/7/2016 02:45 PM in Courtroom 24 before Magistrate Judge M. Page Kelley. (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/07/2016) |
| 04/07/2016 | | Case unsealed as to David J. Aubel, Robert J. Raffa (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/07/2016) |
| 04/07/2016 | 7 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Initial Appearance as to Robert J. Raffa held on 4/7/2016. Court goes over proceedings and rights and has a colloquy with the defendant about his rights. Defendant submits a financial affidavit and the Court appoints Jennifer Pucci to represent the defendant. The government states the charges and the maximum penalties and agrees to release the defendant on conditions. Court goes over conditions with the defendant. Order to issue. ( Probable Cause hearing set for 4/29/2016 11:15 AM in Courtroom 24 before Magistrate Judge M. Page Kelley.) (Attorneys present: Andrew Pallid for the government, Jennifer Pucci for the defendant and September Brown for Probation. )Court Reporter Name and Contact or digital recording information: Digital Recording - For transcripts or CDs contact Deborah Scalfani by email at deborah_scalfani@mad.uscourts.gov. (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/07/2016) |
| 04/07/2016 | 8 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER Setting Conditions of Release as to Robert J. Raffa. (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/07/2016) |
| 04/07/2016 | 9 | Unsecured Appearance Bond Entered as to Robert J. Raffa in amount of $ 100,000 (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/07/2016) |
| 04/07/2016 | | Arrest of David J. Aubel in Middle District of Florida. (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/11/2016) |
| 04/13/2016 | 11 | ELECTRONIC NOTICE OF HEARING for Initial Appearance in this District as to David J. Aubel. Initial Appearance set for 4/28/2016 11:30 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/13/2016) |
| 04/14/2016 | 12 | Assented to MOTION to Amend Conditions of Release as to Robert J. Raffa. (Pucci, Jennifer) [1:16-mj-06069-MPK] (Entered: 04/14/2016) |
| 04/15/2016 | 13 | Magistrate Judge M. Page Kelley: ELECTRONIC ORDER entered granting 12 Motion to Amend Conditions of Release as to Robert J. Raffa (2) (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/15/2016) |
| 04/15/2016 | 15 | Joint MOTION to Continue to May 16, 2016 to the Preliminary Hearing as to Robert J. Raffa by USA. (Thomadakis, Vassili) [1:16-mj-06069-MPK] (Entered: 04/15/2016) |
| 04/15/2016 | 14 | ELECTRONIC NOTICE OF RESCHEDULING as to David J. Aubel. Due to a conflict in the Court's schedule the Initial Appearance is reset for 4/28/2016 03:00 PM in Courtroom 24 before Magistrate Judge M. Page Kelley. Note: change is to time only. (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/15/2016) |
| 04/18/2016 | 16 | Magistrate Judge M. Page Kelley: ELECTRONIC ORDER entered granting 15 Motion to Continue as to Robert J. Raffa (2) Probable Cause Hearing set for 5/17/2016 11:15 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/18/2016) |
| 04/25/2016 | 17 | |

| | | |
|---|---|---|
| | | ELECTRONIC NOTICE OF RESCHEDULING as to David J. Aubel Initial Appearance set for 4/28/2016 01:30 PM in Courtroom 24 before Magistrate Judge M. Page Kelley.Note: change is to time only. (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/25/2016) |
| 04/26/2016 | 18 | Rule 5(c)(3) Documents Received as to David J. Aubel (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/26/2016) |
| 04/27/2016 | 19 | ELECTRONIC NOTICE CANCELING HEARING as to David J. Aubel. Hearing cancelled: Initial Appearance set for 4/28 is cancelled and will be rescheduled. (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/27/2016) |
| 04/27/2016 | 20 | ELECTRONIC NOTICE OF HEARING for Initial Appearance as to David J. Aubel. Initial Appearance set for 5/17/2016 11:15 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. (Moore, Kellyann) [1:16-mj-06069-MPK] (Entered: 04/27/2016) |
| 05/04/2016 | 21 | INDICTMENT as to David J. Aubel (1) count(s) 1, 2, 3-5, Robert J. Raffa (2) count(s) 1, 2, 3-5. (Attachments: # 1 JS45)(Danieli, Chris) (Attachment 1 replaced on 5/5/2016) (Danieli, Chris). (Entered: 05/04/2016) |
| 05/04/2016 | 22 | ELECTRONIC NOTICE of Case Assignment as to David J. Aubel, Robert J. Raffa; Chief Judge Patti B. Saris assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (Abaid, Kimberly) (Entered: 05/04/2016) |
| 05/04/2016 | 23 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered. Order Referring Case to Magistrate Judge M. Page Kelley Reason for referral: full pretrial proceedings as to David J. Aubel, Robert J. Raffa (Danieli, Chris) (Entered: 05/04/2016) |
| 05/11/2016 | 24 | ELECTRONIC NOTICE OF RESCHEDULING as to David J. Aubel, Robert J. Raffa Arraignment set for 5/25/2016 10:00 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. (Moore, Kellyann) (Entered: 05/11/2016) |
| 05/24/2016 | 25 | Assented to MOTION to Continue to June 6, 2016 to arraignment as to David J. Aubel. (Weinstein, Elliot) (Entered: 05/24/2016) |
| 05/24/2016 | 26 | Magistrate Judge M. Page Kelley: ELECTRONIC ORDER entered granting 25 Motion to Continue as to David J. Aubel (1) Arraignment set for 6/6/2016 11:00 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. (Moore, Kellyann) (Entered: 05/24/2016) |
| 05/25/2016 | 27 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Arraignment as to Robert J. Raffa (2) Count 1,2,3-5 held on 5/25/2016. Defendant waives the formal reading of the indictment. Government states the charges and the maximum penalties. Court has colloquy with the defendant about the pending charges. Not Guilty Plea entered by Robert J. Raffa on counts Counts 1,2,3,4,5. Defendant provides updated financial affidavit to Court and the Court finds that he still qualifies for Court appointed counsel. Government informs Court of the status of discovery. Initial Status Conference set for 8/2/2016 11:00 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. Parties agree to exclude the time under Speedy Trial Act. Order to issue. Government asks Court to restrict travel. Defendant argues to keep travel for the continental United States. Court orders the travel restriction to remain the same and the defendant is restricted to travel within the continental United States and he must let pre-trial know of his travel. (Attorneys present: Vassili Thomadakis for the government and Jennifer Pucci for the defendant and Doris Fitzpatrick for Pre-Trial. )Court Reporter Name and Contact or digital recording information: Digital Recording - For transcripts or CDs contact Deborah Scalfani by email at deborah_scalfani@mad.uscourts.gov. (Moore, Kellyann) (Entered: 05/25/2016) |
| 05/25/2016 | 29 | NOTICE OF ATTORNEY APPEARANCE: William W. Fick appearing for Robert J. Raffa. Type of Appearance: Federal Defender Office. (Fick, William) (Entered: 05/25/2016) |
| 05/25/2016 | 30 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Robert J. Raffa. Time excluded from 5/25/2016 until 8/2/2016. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice (Moore, Kellyann) (Entered: 05/26/2016) |

| | | |
|---|---|---|
| 06/06/2016 | 31 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Arraignment as to David J. Aubel (1) Count 1,2,3-5 held on 6/6/2016. Court goes over proceedings and advises the defendant of his rights. Government states the charges and the maximum penalties. David Aubel enters a Not Guilty Plea on Counts 1,2,3-5. Defendant asks the Court to allow the defendant to travel to upstate New York. No objection by the government. Court orders that the defendant may travel to upstate New York. Defendant must inform pre-trial services of his travel as required. Government requests the defendant to not be in contact with his co-defendant. No objection by defendant. The Court orders that the defendant may only be in contact with Robert Raffa in the presence of counsel. The defendant is to abide by all other previous conditions of his release. Initial Status Conference set for 8/2/2016 11:00 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. Parties agree to exclude time. Order to issue. (Attorneys present: Vassili Thomadakis for the government and Elliot Weinstein for the defendant. )Court Reporter Name and Contact or digital recording information: Digital Recording - For transcripts or CDs contact Deborah Scalfani by email at deborah_scalfani@mad.uscourts.gov. (Moore, Kellyann) (Entered: 06/06/2016) |
| 06/06/2016 | 32 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER ON EXCLUDABLE DELAY as to David J. Aubel. Time excluded from 5/4/2016 until 8/2/2016. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Moore, Kellyann) (Entered: 06/06/2016) |
| 06/06/2016 | 33 | NOTICE OF ATTORNEY APPEARANCE: Elliot M. Weinstein appearing for David J. Aubel. Type of Appearance: Retained. (Moore, Kellyann) (Entered: 06/06/2016) |
| 06/13/2016 | 34 | Assented to MOTION for Protective Order as to David J. Aubel, Robert J. Raffa by USA. (Attachments: # 1 Text of Proposed Order)(Thomadakis, Vassili) (Entered: 06/13/2016) |
| 08/01/2016 | 35 | Magistrate Judge M. Page Kelley: ELECTRONIC ORDER entered granting 34 Motion for Protective Order as to David J. Aubel (1), Robert J. Raffa (2) (Moore, Kellyann) (Entered: 08/01/2016) |
| 08/01/2016 | 36 | Magistrate Judge M. Page Kelley: ORDER entered. PROTECTIVE ORDER as to David J. Aubel, Robert J. Raffa (Moore, Kellyann) (Entered: 08/01/2016) |
| 08/01/2016 | 37 | JOINT MEMORANDUM of the parties re initial status conference by David J. Aubel, Robert J. Raffa (Thomadakis, Vassili) (Entered: 08/01/2016) |
| 08/02/2016 | 38 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Initial Status Conference as to David J. Aubel, Robert J. Raffa held on 8/2/2016. The government has produced voluminous discovery and is in the process of producing further discovery. It is too early to determine whether a trial will be necessary. Counsel ask for a further date. Interim Status Conference set for 10/6/2016 11:00 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. Defendants agree to exclude the time 8/2/16-10/6/16. Order to issue. (Attorneys present: Vassili Thomadakis and Andrew Palid for the government, Jennifer Pucci and Elliot Weinstein for the defendants. )Court Reporter Name and Contact or digital recording information: Digital Recording - For transcripts or CDs contact Deborah Scalfani by email at deborah_scalfani@mad.uscourts.gov. (Moore, Kellyann) (Entered: 08/02/2016) |
| 08/02/2016 | 39 | Magistrate Judge M. Page Kelley: ORDER entered. STATUS REPORT as to David J. Aubel, Robert J. Raffa, ORDER ON EXCLUDABLE DELAY as to David J. Aubel, Robert J. Raffa. Time excluded from 8/2/2016 until 10/6/2016. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Moore, Kellyann) (Entered: 08/02/2016) |
| 08/02/2016 | | Terminate Hearings as to David J. Aubel, Robert J. Raffa: Initial status held on 8/2/16 (Moore, Kellyann) (Entered: 08/02/2016) |
| 08/18/2016 | 40 | NOTICE OF ATTORNEY APPEARANCE Eric P. Christofferson appearing for USA. (Christofferson, Eric) (Entered: 08/18/2016) |
| 08/22/2016 | 41 | MOTION to Withdraw as Attorney by William W. Fick as to Robert J. Raffa. (Fick, William) (Entered: 08/22/2016) |

| | | |
|---|---|---|
| 08/25/2016 | 42 | NOTICE OF ATTORNEY APPEARANCE: Joshua Robert Hanye appearing for Robert J. Raffa. Type of Appearance: Federal Defender Office. (Hanye, Joshua) (Entered: 08/25/2016) |
| 08/29/2016 | 43 | NOTICE of Transferring Surrendered Passport from Middle District of Florida as to David J. Aubel - ( Passport forwarded to Pretrial Services ). (Geraldino-Karasek, Clarilde) (Entered: 08/29/2016) |
| 09/14/2016 | 44 | Magistrate Judge M. Page Kelley: ELECTRONIC ORDER entered granting 41 Motion to Withdraw as Attorney Attorney William W. Fick terminated as to Robert J. Raffa (2) (Moore, Kellyann) (Entered: 09/14/2016) |
| 10/05/2016 | 45 | ELECTRONIC NOTICE OF RESCHEDULING as to David J. Aubel, Robert J. Raffa. At the request of the government due to voluminous discovery and with the assent of defense counsel the Interim Status Conference is reset for 12/13/2016 11:00 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. (Moore, Kellyann) (Entered: 10/05/2016) |
| 10/13/2016 | 46 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER ON EXCLUDABLE DELAY as to David J. Aubel, Robert J. Raffa. Time excluded from 10/6/2016 until 12/13/2016. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Moore, Kellyann) (Entered: 10/13/2016) |
| 12/06/2016 | 47 | ELECTRONIC NOTICE OF RESCHEDULING as to David J. Aubel, Robert J. Raffa. Due to a conflict in the Court's schedule Interim Status Conference reset for 12/20/2016 10:30 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. (Moore, Kellyann) (Entered: 12/06/2016) |
| 12/12/2016 | 48 | ELECTRONIC NOTICE OF RESCHEDULING as to David J. Aubel, Robert J. Raffa. Interim Status Conference set for 12/20/2016 10:45 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. Note: change is to time only! (Moore, Kellyann) (Entered: 12/12/2016) |
| 12/19/2016 | 49 | STATUS REPORT *(JOINT)* by USA as to David J. Aubel, Robert J. Raffa (Christofferson, Eric) (Entered: 12/19/2016) |
| 12/20/2016 | 50 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Interim Status Conference as to David J. Aubel, Robert J. Raffa held on 12/20/2016. Discovery is voluminous and counsel ask for a further date in order to further review the discovery. Interim Status Conference set for 2/23/2017 11:00 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. Counsel agree to exclude the time 12/13/2016- 2/23/2017 under the Speedy Trial Act. Order to issue. (Attorneys present: Andrew Palid for the government, Jennifer Pucci and Elliot Weinstein for the defendants. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please go to http://www.mad.uscourts.gov/attorneys/Magistrate-Audio.htm . For a transcript of this proceeding, contact Deborah Scalfani by email at deborah_scalfani@mad.uscourts.gov. (Moore, Kellyann) (Entered: 12/20/2016) |
| 12/20/2016 | 51 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER ON EXCLUDABLE DELAY as to David J. Aubel, Robert J. Raffa. Time excluded from 12/13/2016 until 2/23/2017. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Moore, Kellyann) (Entered: 12/20/2016) |
| 02/14/2017 | 52 | MOTION to Withdraw as Attorney by Eric P. Christofferson as to David J. Aubel, Robert J. Raffa by USA. (Christofferson, Eric) (Entered: 02/14/2017) |
| 02/14/2017 | 53 | Magistrate Judge M. Page Kelley: ELECTRONIC ORDER entered granting 52 Motion to Withdraw as Attorney. Attorney Eric P. Christofferson terminated as to David J. Aubel (1), Robert J. Raffa (2) (Moore, Kellyann) (Entered: 02/14/2017) |
| 02/22/2017 | 54 | STATUS REPORT by USA as to David J. Aubel, Robert J. Raffa (Palid, Andrew) (Entered: 02/22/2017) |
| 02/23/2017 | 55 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Interim Status Conference as to David J. Aubel, Robert J. Raffa held on 2/23/2017. Witness disclosure dates: 45 days prior to trial for the government and 30 days for defendants. Discovery is |

| | | |
|---|---|---|
| | | voluminous. Defendants are in the process of reviewing it. Final Status Conference set for 4/10/2017 11:15 AM in Courtroom 24 before Magistrate Judge M. Page Kelley. Counsel agree to exclude the time under the Speedy Trial Act. Order to issue. (Attorneys present: Andrew Palid for the government, Joshua Hanye and Elliot Weinstein for the defendants. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please go to http://www.mad.uscourts.gov/attorneys/Magistrate-Audio.htm . For a transcript of this proceeding, contact Deborah Scalfani by email at deborah_scalfani@mad.uscourts.gov. (Moore, Kellyann) (Entered: 02/23/2017) |
| 02/23/2017 | 56 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER ON EXCLUDABLE DELAY as to David J. Aubel, Robert J. Raffa. Time excluded from 2/23/2017 until 4/10/2017. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Moore, Kellyann) (Entered: 02/23/2017) |
| 02/28/2017 | 57 | ELECTRONIC NOTICE OF INITIAL STATUS CONFERENCE as to David J. Aubel, Robert J. Raffa...... INITIAL Status Conference set for 4/11/2017 02:30 PM in Courtroom 19 before Chief Judge Patti B. Saris. ORDERED: DEFENDANTS MUST BE PRESENT FOR THE INITIAL STATUS CONFERENCE.(Molloy, Maryellen) (Entered: 02/28/2017) |
| 04/05/2017 | 58 | Assented to MOTION to Continue *Initial Status Conference* as to David J. Aubel, Robert J. Raffa by Robert J. Raffa. (Hanye, Joshua) (Entered: 04/05/2017) |
| 04/06/2017 | 59 | Chief Judge Patti B. Saris: ENDORSED ORDER entered ALLOWED 58 Motion to Continue as to David J. Aubel (1), Robert J. Raffa (2): INITIAL STATUS CONFERENCE SET FOR 5/3/2017 02:00 PM in Courtroom 19 before Chief Judge Patti B. Saris. (Geraldino-Karasek, Clarilde) (Entered: 04/06/2017) |
| 04/06/2017 | 60 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered. ORDER ON EXCLUDABLE DELAY as to David J. Aubel, Robert J. Raffa. Time excluded from 4/11/2017 until 5/3/2017. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Geraldino-Karasek, Clarilde) (Entered: 04/06/2017) |
| 04/07/2017 | 61 | STATUS REPORT *For Final Status Conference* by USA as to David J. Aubel, Robert J. Raffa (Palid, Andrew) (Entered: 04/07/2017) |
| 04/07/2017 | 62 | ELECTRONIC NOTICE CANCELLING HEARING as to David J. Aubel, Robert J. Raffa. In light of the Joint memorandum for final status conference, document 61 , the final status hearing set for 4/10/17 in front of Magistrate Judge Kelley is cancelled. Order to issue. (Moore, Kellyann) (Entered: 04/07/2017) |
| 04/10/2017 | 63 | Magistrate Judge M. Page Kelley: ORDER entered. REPORT AND ORDER on Final Status Conference as to David J. Aubel, Robert J. Raffa (Moore, Kellyann) (Entered: 04/10/2017) |
| 04/10/2017 | 64 | Case as to David J. Aubel, Robert J. Raffa no longer referred to Magistrate Judge M. Page Kelley. (Moore, Kellyann) (Entered: 04/10/2017) |
| 04/17/2017 | 65 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered.....Acknowledging 63 Report and Order on Final Status Conference by Magistrate Judge as to David J. Aubel (1), Robert J. Raffa (2) (Molloy, Maryellen) (Entered: 04/17/2017) |
| 05/03/2017 | 66 | Electronic Clerk's Notes for proceedings held before Chief Judge Patti B. Saris: Status Conference as to David J. Aubel, Robert J. Raffa held on 5/3/2017...PTC set for 9/27/17 and Jury Trial set for 10/10/17 at 9:00, parties agree to exclude all time to 10/10/17. Pretrial Order to be filed on 5/4/17. Court Reporter Name and Contact or digital recording information: Lee Marzilli at leemarz@aol.com. (Molloy, Maryellen) (Entered: 05/03/2017) |
| 05/03/2017 | | Terminate Deadlines and Hearings as to David J. Aubel, Robert J. Raffa: Status held. (Molloy, Maryellen) (Entered: 05/03/2017) |
| 05/03/2017 | 67 | ELECTRONIC NOTICE OF HEARING as to David J. Aubel, Robert J. Raffa... Final Pretrial Conference set for 9/27/2017 02:30 PM.... Jury Trial set for 10/10/2017 09:00 AM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 05/03/2017) |
| | | |

| | | |
|---|---|---|
| 05/04/2017 | 68 | PROPOSED ORDER(S) submitted by USA as to David J. Aubel, Robert J. Raffa (Palid, Andrew) (Entered: 05/04/2017) |
| 05/04/2017 | 69 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered. ORDER ON EXCLUDABLE DELAY as to David J. Aubel, Robert J. Raffa. Time excluded from 5/3/17 until 10/10/17. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Molloy, Maryellen) (Entered: 05/04/2017) |
| 05/05/2017 | 70 | Chief Judge Patti B. Saris: ORDER entered. PRETRIAL ORDER as to David J. Aubel, Robert J. Raffa (DaSilva, Carolina) (Entered: 05/08/2017) |
| 08/17/2017 | 71 | ELECTRONIC NOTICE OF HEARING as to Robert J. Raffa.... Rule 11 Hearing set for 9/6/2017 10:00 AM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 08/17/2017) |
| 09/05/2017 | 72 | PLEA AGREEMENT as to Robert J. Raffa (Thomadakis, Vassili) (Entered: 09/05/2017) |
| 09/06/2017 | 73 | Electronic Clerk's Notes for proceedings held before Chief Judge Patti B. Saris: plea agreement filed...Rule 11 Hearing as to Robert J. Raffa held on 9/6/2017, Defendant sworn.. Plea entered by Robert J. Raffa Guilty Count 1,2,3-5. Court accepts the Plea Conditionally... Sentencing set for 12/6/2017 03:00 PM in Courtroom 19 before Chief Judge Patti B. Saris. Defendant released on same conditions of release, court adjourned.(Ausa Thomadakis, Palid, Atty Pucci, Hanye) Court Reporter Name and Contact or digital recording information: Lee Marzilli at leemarz@aol.com. (Molloy, Maryellen) (Entered: 09/06/2017) |
| 09/06/2017 | 74 | Chief Judge Patti B. Saris: ORDER entered. AMENDED PROCEDURAL ORDER re: (BOOKER) sentencing hearing as to Robert J. Raffa... Sentencing set for 12/6/2017 03:00 PM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 09/06/2017) |
| 09/12/2017 | 75 | ELECTRONIC NOTICE OF RULE 11 HEARING as to David J. Aubel..... Rule 11 Hearing set for 9/27/2017 02:45 PM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 09/12/2017) |
| 09/12/2017 | 76 | ELECTRONIC NOTICE CANCELING PTC set for 9/21/17 as to David J. Aubel. Rule 11 hearing will go forward on 9/27/17 at 2:45pm. (Molloy, Maryellen) (Entered: 09/12/2017) |
| 09/13/2017 | | Terminate PTC Deadlines as to Robert J. Raffa -Plea entered. (Molloy, Maryellen) (Entered: 09/13/2017) |
| 09/20/2017 | 77 | Transcript of Rule 11 Hearing as to Robert J. Raffa held on September 6, 2017, before Chief Judge Patti B. Saris. Court Reporter Name and Contact Information: Lee Marzilli at leemarz@aol.com The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 10/11/2017. Redacted Transcript Deadline set for 10/23/2017. Release of Transcript Restriction set for 12/19/2017. (Scalfani, Deborah) (Entered: 09/20/2017) |
| 09/20/2017 | 78 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 09/20/2017) |
| 09/26/2017 | 79 | Assented to MOTION to Continue to rule 11 as to David J. Aubel. (Weinstein, Elliot) (Entered: 09/26/2017) |
| 09/27/2017 | 80 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered Granting 79 Motion to Continue as to David J. Aubel (1)..... Rule 11 Hearing reset to 10/24/2017 11:00 AM in Courtroom 19 before Chief Judge Patti B. Saris. (Dft is not in custody) (Molloy, Maryellen) (Entered: 09/27/2017) |
| 09/27/2017 | 81 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered. ORDER ON EXCLUDABLE DELAY as to David J. Aubel. Time excluded from 9/27/17 until 10/24/17. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Molloy, Maryellen) (Entered: 09/27/2017) |

| | | |
|---|---|---|
| 10/11/2017 | 82 | ELECTRONIC NOTICE OF RESCHEDULING as to David J. Aubel... Rule 11 Hearing reset from 10/24/17 to 10/25/2017 10:45 AM in Courtroom 19 before Chief Judge Patti B. Saris. (parties requested that the plea be reset to 10/25/17)(Molloy, Maryellen) (Entered: 10/11/2017) |
| 10/24/2017 | 83 | Assented to MOTION to Continue *Rule 11 Hearing* as to David J. Aubel by USA. (Palid, Andrew) (Entered: 10/24/2017) |
| 10/24/2017 | 84 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered ALLOWED 83 Motion to Continue Rule 11 as to David J. Aubel (1) (Geraldino-Karasek, Clarilde) (Entered: 10/24/2017) |
| 10/24/2017 | 85 | ELECTRONIC NOTICE CANCELING Rule 11 set for 10/25/17 as to David J. Aubel. Motion to continue - Allowed. Notice rescheduling to issue. (Molloy, Maryellen) (Entered: 10/24/2017) |
| 10/27/2017 | 86 | ELECTRONIC NOTICE OF RESCHEDULING as to David J. Aubel.... Rule 11 Hearing reset to 11/9/2017 11:00 AM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 10/27/2017) |
| 11/08/2017 | 87 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered....ORDER ON EXCLUDABLE DELAY as to David J. Aubel. Time excluded from 10/24/17 until 11/9/17. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Molloy, Maryellen) (Entered: 11/08/2017) |
| 11/08/2017 | 88 | MOTION to Continue to Rule 11 as to David J. Aubel. (Weinstein, Elliot) (Entered: 11/08/2017) |
| 11/08/2017 | 89 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered.... Allowed in part 88 Motion to Continue as to David J. Aubel.... Ordered STATUS CONFERENCE will go forward on 11/9/17 at 11:00am in place of Rule 11 hearing... Court will allow the defendant Mr. Aubel to participate by telephone. Counsel shall appear in person at 11:00am in courtroom #19 7th floor. (Molloy, Maryellen) (Entered: 11/08/2017) |
| 11/09/2017 | 90 | Electronic Clerk's Notes for proceedings held before Chief Judge Patti B. Saris: Mr. Aubel participated by phone; Status Conference held in place of Rule 11 as to David J. Aubel - held on 11/9/2017..... ORDERED: Final Pretrial Conference set for 1/18/2018 02:30 PM in Courtroom 19; Jury Trial set for 1/16/2018 09:00 AM; Rule 11 Hearing set for 1/10/2018 02:45 PM in Courtroom 19 before Chief Judge Patti B. Saris. Parties agree to exclude all time to 1/16/18, order to issue, court adjourned. (note: if plea does not go forward on 1/10 - court will go forward with ptc)(Ausa Thomadakis, Palid, Atty Weinstein)Court Reporter Name and Contact or digital recording information: Lee Marzilli at leemarz@aol.com. (Molloy, Maryellen) (Entered: 11/09/2017) |
| 11/09/2017 | 91 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered.... ORDER ON EXCLUDABLE DELAY as to David J. Aubel. Time excluded from 11/9/17 until 1/16/18. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Molloy, Maryellen) (Entered: 11/09/2017) |
| 11/09/2017 | 92 | Chief Judge Patti B. Saris: "PROPOSED" PRETRIAL ORDER issued as to David J. Aubel...Counsel shall fill out the proposed pretrial order and submit to the Court (on ecf) by 11/17/17 for the' Court's approval. (Molloy, Maryellen) (Entered: 11/09/2017) |
| 11/14/2017 | 93 | MOTION to Continue *Sentencing* to January 2018 as to Robert J. Raffa. (Pucci, Jennifer) (Entered: 11/14/2017) |
| 11/15/2017 | 94 | Chief Judge Patti B. Saris: Endorsed ORDER entered " DENIED " re 93 Motion to Continue Sentencing as to Robert J. Raffa (2) (Geraldino-Karasek, Clarilde) (Entered: 11/16/2017) |
| 11/17/2017 | 95 | PROPOSED ORDER(S) submitted by USA as to David J. Aubel (Palid, Andrew) (Entered: 11/17/2017) |
| 11/22/2017 | 96 | Chief Judge Patti B. Saris: PRETRIAL ORDER entered as to David J. Aubel (Geraldino-Karasek, Clarilde) (Entered: 11/22/2017) |
| 11/27/2017 | 97 | |

| | | |
|---|---|---|
| | | ELECTRONIC NOTICE OF HEARING as to David J. Aubel.... Rule 11 Hearing set for 11/28/2017 11:00AM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 11/27/2017) |
| 11/28/2017 | 98 | MOTION for Forfeiture of Property *Money Judgment* as to David J. Aubel, Robert J. Raffa by USA. (Attachments: # 1 Text of Proposed Order)(Lazarus, David) (Entered: 11/28/2017) |
| 11/28/2017 | 99 | PLEA AGREEMENT as to David J. Aubel (Palid, Andrew) (Entered: 11/28/2017) |
| 11/28/2017 | 100 | Electronic Clerk's Notes for proceedings held before Chief Judge Patti B. Saris: Rule 11 Hearing as to David J. Aubel held on 11/28/2017. Plea agreement filed see docket #99; Plea entered by David J. Aubel... Guilty on Counts 1,2,3-5. Sentencing set for 3/22/2018 02:30 PM in Courtroom 19 before Chief Judge Patti B. Saris. Defendant released on same conditions, court adjourned.Court Reporter Name and Contact or digital recording information: Rachel Lopez at raeufp@gmail.com. (Molloy, Maryellen) (Entered: 11/28/2017) |
| 11/28/2017 | 101 | Chief Judge Patti B. Saris: ORDER entered. amd PROCEDURAL ORDER re; (booker) sentencing hearing as to David J. Aubel.... Sentencing set for 3/22/2018 02:30 PM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 11/28/2017) |
| 11/29/2017 | 102 | SENTENCING MEMORANDUM by Robert J. Raffa (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Pucci, Jennifer) (Entered: 11/29/2017) |
| 11/30/2017 | 103 | SENTENCING MEMORANDUM by USA as to Robert J. Raffa (Palid, Andrew) (Entered: 11/30/2017) |
| 12/06/2017 | 105 | ELECTRONIC NOTICE CANCELING SENTENCING HEARING scheduled for Wednesday 12/6/17 as to Robert J. Raffa (defense counsel not available). Court will issue a Notice of Rescheduling for the 1st week in January 2018. (Molloy, Maryellen) (Entered: 12/06/2017) |
| 12/12/2017 | 106 | ELECTRONIC NOTICE OF RESCHEDULING as to Robert J. Raffa... Sentencing reset from 12/6/17 to 1/4/2018 03:00 PM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 12/12/2017) |
| 01/02/2018 | 107 | ELECTRONIC NOTICE CANCELING SENTENCING HEARING SCHEDULED FOR THURSDAY 1/4/18 at 3:00pm as to Robert J. Raffa..... Clerk will rescheduled to a date next week, notice of rescheduling to follow. (Molloy, Maryellen) (Entered: 01/02/2018) |
| 01/05/2018 | 108 | ELECTRONIC NOTICE OF HEARING as to Robert J. Raffa..... Sentencing will go forward on 1/11/2018 11:00 AM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 01/05/2018) |
| 01/10/2018 | 110 | (3) Victim Impact Statements as to Robert J. Raffa (Geraldino-Karasek, Clarilde) (Entered: 01/10/2018) |
| 01/11/2018 | 111 | Electronic Clerk's Notes for proceedings held before Chief Judge Patti B. Saris: Sentencing held on 1/11/2018 for Robert J. Raffa (2), Count(s) 1, 2, 3-5, Guilty Plea accepted - Sentence Imposed on Counts 1- 5, 24 Months on Counts 1-5 to be served concurrently with each other; 2 Years Supervised Release: $500 Special Assessment; No Fine; Restitution Deferred until 3/26/18; Standard and Special Conditions of S.R.; Self Surrender 3/30/18 to institution designated by BOP; REC TO BOP: FMC Devens Camp. Parties to submit briefs re: Restitution by 3/26/18, court adjourned.. (Ausa Thomadakis, Palid, Pucci, PO Fox)Court Reporter Name and Contact or digital recording information: Lee Marzilli at leemarz@aol.com. (Molloy, Maryellen) (Entered: 01/12/2018) |
| 01/16/2018 | 112 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered ALLOWED 98 MOTION for Forfeiture of Property Money Judgment as to Robert J. Raffa (2) (Geraldino-Karasek, Clarilde) (Entered: 01/17/2018) |
| 01/16/2018 | 113 | Chief Judge Patti B. Saris: ORDER entered. ORDER OF FORFEITURE ( Money Judgment ) as to Robert J. Raffa. (Geraldino-Karasek, Clarilde) (Entered: 01/17/2018) |
| 01/16/2018 | 114 | Chief Judge Patti B. Saris: ORDER entered. JUDGMENT as to Robert J. Raffa (2), Count(s) 1, 2, 3-5, Guilty Plea accepted - Sentence Imposed on Counts 1- 5, 24 Months on Counts 1-5 to be |

| | | |
|---|---|---|
| | | served concurrently with each other; 2 Years. Supervised Release; $500 Special Assessment; No Fine; Restitution Deferred until 3/26/18; Standard and Special Conditions of Supervised Release; Self Surrender 3/30/18 to institution designated by BOP; REC TO BOP: FMC Devens Camp.<br><br>Parties to submit briefs re: Restitution by 3/26/18. (Geraldino-Karasek, Clarilde) (Entered: 01/19/2018) |
| 01/16/2018 | 115 | Chief Judge Patti B. Saris: ORDER entered. STATEMENT OF REASONS as to Robert J. Raffa (Geraldino-Karasek, Clarilde) (Entered: 01/19/2018) |
| 01/29/2018 | 116 | Chief Judge Patti B. Saris: AMENDED JUDGMENT as to Robert J. Raffa (2), Count(s) 1, 2, 3-5, Guilty Plea accepted - Sentence Imposed on Counts 1- 5, 24 Months on Counts 1-5 to be served concurrently with each other; 2 Years. Supervised Release; $500 Special Assessment; No Fine; Restitution Deferred until 3/26/18; Standard and Special Conditions of Supervised Release.<br><br>Self Surrender 3/30/18 to institution designated by BOP; REC TO BOP: FMC Devens Camp. Parties to submit briefs re: Restitution by 3/26/18. (Geraldino-Karasek, Clarilde) (Entered: 02/28/2018) |
| 01/29/2018 | 117 | Chief Judge Patti B. Saris: ORDER entered. AMENDED STATEMENT OF REASONS as to Robert J. Raffa (Geraldino-Karasek, Clarilde) (Entered: 02/28/2018) |
| 03/05/2018 | 120 | MOTION to Withdraw as Attorney *for the United States* by Vassili Thomadakis as to David J. Aubel, Robert J. Raffa by USA. (Thomadakis, Vassili) (Entered: 03/05/2018) |
| 03/07/2018 | 121 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered granting 120 Motion to Withdraw as Attorney - Atty Vassili Thomadakis terminated as to David J. Aubel (1), Robert J. Raffa (2) (Geraldino-Karasek, Clarilde) (Entered: 03/07/2018) |
| 03/12/2018 | 125 | RESET as to David J. Aubel :<br><br>Sentencing reset for 7/26/2018 02:30 PM in Courtroom 19 before Chief Judge Patti B. Saris. (Geraldino-Karasek, Clarilde) (Entered: 03/12/2018) |
| 03/12/2018 | 129 | LETTER/NON-MOTION to the Court from Carole Fiducci as to David J. Aubel (Attachments: # 1 Attachment)(Geraldino-Karasek, Clarilde) (Entered: 03/15/2018) |
| 03/15/2018 | 127 | Transcript of Sentencing as to Robert J. Raffa held on January 11, 2018, before Chief Judge Patti B. Saris. Court Reporter Name and Contact Information: Lee Marzilli at leemarz@aol.com The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 4/5/2018. Redacted Transcript Deadline set for 4/16/2018. Release of Transcript Restriction set for 6/13/2018. (Scalfani, Deborah) (Entered: 03/15/2018) |
| 03/15/2018 | 128 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 03/15/2018) |
| 03/20/2018 | 130 | NOTICE OF ATTORNEY APPEARANCE Jordi deLlano appearing for USA. (deLlano, Jordi) (Entered: 03/20/2018) |
| 03/21/2018 | 131 | Memorandum regarding Restitution as to Robert J. Raffa (Attachments: # 1 Exhibit A)(Pucci, Jennifer) (Entered: 03/21/2018) |
| 03/21/2018 | 132 | MOTION to File Exhibit B to Defendant's Memorandum Regarding Restitution Under Seal re 131 Memorandum (not related to a motion) as to Robert J. Raffa. (Pucci, Jennifer) (Entered: 03/21/2018) |
| 03/22/2018 | 133 | ( Sealed ) EXHIBIT B re 131 Memorandum by David J. Aubel as to Robert J. Raffa (Geraldino-Karasek, Clarilde) (Entered: 03/22/2018) |

| 03/26/2018 | 134 | Memorandum regarding Restitution as to Robert J. Raffa (Palid, Andrew) (Entered: 03/26/2018) |
|---|---|---|
| 03/26/2018 | 135 | MOTION to Seal Document *Exhibit A to United States' Memorandum Regarding Restitution* as to Robert J. Raffa by USA. (Palid, Andrew) (Entered: 03/26/2018) |
| 03/27/2018 | 136 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered granting 132 Motion to seal as to Robert J. Raffa (2); granting 135 Motion to Seal Document as to Robert J. Raffa (2) (Geraldino-Karasek, Clarilde) (Entered: 03/27/2018) |
| 04/05/2018 | 137 | ELECTRONIC NOTICE OF HEARING ON RESTITUION as to Robert J. Raffa.... Hearing on the issue of Restitution as to Mr. Raffa is set for 7/31/2018 09:30 AM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 04/05/2018) |
| 06/28/2018 | 140 | Reset as to David J. Aubel : Sentencing reset for 9/13/2018 02:30 PM in Courtroom 19 before Chief Judge Patti B. Saris. (Geraldino-Karasek, Clarilde) (Entered: 06/28/2018) |
| 07/23/2018 | 141 | Assented to MOTION to Continue *Restitution Hearing* as to Robert J. Raffa . (Pucci, Jennifer) Modified Docket text in accordance with motion relief. (Geraldino-Karasek, Clarilde). (Entered: 07/23/2018) |
| 07/24/2018 | 142 | Chief Judge Patti B. Saris: ENDORSED ORDER entered Granting 141 Motion to Continue Restitution hearing from 7/31/18 to a date after September 13, 2018 as to Robert J. Raffa (2)....Restitution Hearing reset from 7/31/18 to 10/4/2018 02:00 PM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 07/24/2018) |
| 08/09/2018 | 143 | MOTION to Withdraw as Attorney by Jennifer C. Pucci as to Robert J. Raffa. (Pucci, Jennifer) (Entered: 08/09/2018) |
| 08/10/2018 | 144 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered granting 143 Motion to Withdraw as Attorney. Jennifer C. Pucci terminated as to Robert J. Raffa (2) (Geraldino-Karasek, Clarilde) (Entered: 08/10/2018) |
| 08/14/2018 | 145 | MOTION for Leave to Appear to Assist on Case as to Robert J. Raffa. (Geraldino-Karasek, Clarilde) (Entered: 08/14/2018) |
| 08/15/2018 | 146 | Chief Judge Patti B. Saris: Endorsed ORDER entered " ALLOWED " re 145 MOTION for Leave to Appear to Assist on Case as to Robert J. Raffa (2) (Geraldino-Karasek, Clarilde) (Entered: 08/16/2018) |
| 09/12/2018 | 149 | ELECTRONIC NOTICE CANCELING SENTENCING HEARING SCHEDULED FOR 9/13/18 as to David J. Aubel. JOINT MOTION TO CONTINUE TO BE FILED FORTHWITH. (Molloy, Maryellen) (Entered: 09/12/2018) |
| 09/12/2018 | 150 | Chief Judge Patti B. Saris: ENDORSED ORDER entered as to David J. Aubel re JOINT MOTION TO CONTINUE SENTENCING: " ALLOWED, however, this last minute continuance has created an inconvenience for the Court and Courtroom Deputy. The conflict should have been anticipated long ago. This case was scheduled for sentencing last March. Defendant shall not be allowed anymore motions to continue." (Geraldino-Karasek, Clarilde) (Entered: 09/12/2018) |
| 09/12/2018 | 151 | ELECTRONIC NOTICE OF RESCHEDULING SENTENCING HEARING as to David J. Aubel : <br><br>SENTENCING RESET TO 9/21/2018 02:30 PM in Courtroom 19 before Chief Judge Patti B. Saris. (Geraldino-Karasek, Clarilde) (Entered: 09/12/2018) |
| 09/21/2018 | 152 | MOTION to Continue to sentencing as to David J. Aubel. (Weinstein, Elliot) (Entered: 09/21/2018) |
| 09/21/2018 | 153 | Chief Judge Patti B. Saris: ENDORSED ORDER entered: <br><br>" DENIED. Defendant shall make arrangements to fly to Boston forthwith. If your father's death occurs or is imminent, an affidavit by a medical professional shall be filed. Defendant has |

| | | |
|---|---|---|
| | | siblings who can assist. This Sentencing has been continued too often at the last minute" re 152 MOTION to Continue sentencing as to David J. Aubel (1) (Geraldino-Karasek, Clarilde) (Entered: 09/21/2018) |
| 09/21/2018 | 154 | Electronic Clerk's Notes for proceedings held before Chief Judge Patti B. Saris:..... Status Conference held in place of sentencing hearing as to David J. Aubel held on 9/21/2018...Sentencing reset to 9/21/2018 03:00 PM in Courtroom 19 before Chief Judge Patti B. Saris. Atty Weinstein will notify the clerk and the docket clerk on Monday if he intends to move for a continuance of the Sentencing hearing.Court Reporter Name and Contact or digital recording information: Lee Marzilli at leemarz@aol.com. (Molloy, Maryellen) (Entered: 09/21/2018) |
| 09/21/2018 | 155 | ELECTRONIC NOTICE OF HEARING as to David J. Aubel... Sentencing reset to 9/24/2018 03:00 PM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 09/21/2018) |
| 09/24/2018 | 156 | Electronic Clerk's Notes for proceedings held before Chief Judge Patti B. Saris: Sentencing hearing did not go forward. Status Hearing as to David J. Aubel held on 9/24/2018...Mr. Aubel participated by telephone.... ORDERED: Sentencing RESET TO 10/3/2018 10:00 AM in Courtroom 19 before Chief Judge Patti B. Saris - Defendant is ordered to appear on 10/3/18. Court Reporter Name and Contact or digital recording information: Lee Marzilli at leemarz@aol.com. (Molloy, Maryellen) (Entered: 09/25/2018) |
| 09/25/2018 | 157 | NOTICE OF ATTORNEY APPEARANCE: Samia Hossain appearing for Robert J. Raffa. Type of Appearance: Federal Defender Office. (Hossain, Samia) (Entered: 09/25/2018) |
| 10/03/2018 | 158 | MOTION to Continue *Restitution Hearing* as to Robert J. Raffa. (Hanye, Joshua) (Entered: 10/03/2018) . |
| 10/03/2018 | 159 | Electronic Clerk's Notes for proceedings held before Chief Judge Patti B. Saris: Sentencing hearing canelled.. status goes forward.Hearing as to David J. Aubel held on 10/3/2018...Sentencing hearing DOES NOT GO FORWARD, Defendant does not appear. Atty's.informs the Court that he is Father is very ill. Sentencing reset to 10/18/2018 10:00 AM in Courtroom 19 before Chief Judge Patti B. Saris If defendant does not appear on 10/18/18 Gvt will request that a Warrant Issue, court adjourned. Probation will inform the court of any violations immediately.Court Reporter Name and Contact or digital recording information: Lee Marzilli at leemarz@aol.com. (Molloy, Maryellen) (Entered: 10/04/2018) |
| 10/04/2018 | 160 | Electronic Clerk's Notes for proceedings held before Chief Judge Patti B. Saris: Restitution hearing did not go forward. Mr. Raffa requested that he be allowed to appear at the next hearing - allowed. Defense Counsel will notify the Clerk once a new hearing date has been set.....Hearing as to Robert J. Raffa held on 10/4/2018...Parties agree to waive the amount of time allowed as to the determination of restitution until the co-defendant Mr. Aubel is sentenced. Parties shall try and work out an agreement if possible. Counsel will contact the Clerk for a new hearing date. Court Reporter Name and Contact or digital recording information: Lee Marzilli at leemarz@aol.com. (Molloy, Maryellen) (Entered: 10/04/2018) |
| 10/04/2018 | 164 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered "granting as moot 158 Motion to Continue as to Robert J. Raffa (2)- See Docket no. 160 Clerk's Notes : " proceedings held before Chief Judge Patti B. Saris: Restitution hearing did not go forward ". (Geraldino-Karasek, Clarilde) (Entered: 10/18/2018) |
| 10/18/2018 | 162 | MOTION for Reconsideration *of arrest warrant* as to David J. Aubel. (Weinstein, Elliot) (Entered: 10/18/2018) |
| 10/18/2018 | 165 | Electronic Clerk's Notes for proceedings held before Chief Judge Patti B. Saris: Sentencing hearing does not go forward. Hearing as to David J. Aubel held on 10/18/2018. Defense Attorney reports to the Court the Mr. Aubel has been hospitalized and will not appear today for the sentencing hearing. Probation reports to the Court that the defendant has failed to comply with the conditions of supervision. Ausa request that a Warrant be issued - Allowed as stated in open court, Warrant Issued, court adjourned.(Ausa DeLlano, Palid, Atty Weinstein PO Ryan |

| | | |
|---|---|---|
| | | and Wingard) Court Reporter Name and Contact or digital recording information: Lee Marzilli at leemarz@aol.com. (Molloy, Maryellen) (Entered: 10/18/2018) |
| 10/19/2018 | 166 | Opposition by USA as to David J. Aubel re 162 MOTION for Reconsideration *of arrest warrant* (deLlano, Jordi) (Entered: 10/19/2018) |
| 10/19/2018 | 167 | REPLY TO RESPONSE to Motion by David J. Aubel re 162 MOTION for Reconsideration *of arrest warrant* and to Continue the Sentencing hearing to 11/5/18 as to David J. Aubel filed by Atty Weinstein.(Molloy, Maryellen) (Entered: 10/19/2018) |
| 10/19/2018 | 168 | Second Opposition by USA as to David J. Aubel re 167 MOTION for Reconsideration (deLlano, Jordi) (Entered: 10/19/2018) |
| 10/19/2018 | 169 | Chief Judge Patti B. Saris: ELECTRONIC ORDER entered as to David J. Aubel : "Motion to Recall the Warrant is hereby Allowed subject to the following conditions. 1) By Tuesday 10/23/18 the defendant shall provide his Probation Officer with medical documentation in support of his cardiac event. 2) That the defendant shall report to his Probation Officer as required. 3) Sentencing hearing is rescheduled to 11/5/2018 02:00 PM in Courtroom 19 before Chief Judge Patti B. Saris. 4) By 11/1/18 the defendant shall provide to his Probation Officer a copy of his travel itinerary. 5) If the defendant fails to comply with any of his conditions of release, including the above, Probation will seek a Warrant forthwith, So Ordered." (Geraldino-Karasek, Clarilde) (Entered: 10/19/2018) |
| 10/19/2018 | 170 | ELECTRONIC NOTICE OF RESCHEDULING as to David J. Aubel: SENTENCING RESET FOR 11/5/2018 02:00 PM in Courtroom 19 before Chief Judge Patti B. Saris. (Geraldino-Karasek, Clarilde) (Entered: 10/19/2018) |
| 11/05/2018 | 172 | MOTION for Order *self surrender* as to David J. Aubel. (Weinstein, Elliot) (Entered: 11/05/2018) |
| 11/05/2018 | 173 | Opposition by USA as to David J. Aubel re 172 MOTION for Order *self surrender* (Palid, Andrew) (Entered: 11/05/2018) |
| 11/05/2018 | 175 | MOTION to Seal *Exhibits 1 and 2 to United States' Opposition to Defendant's Motion to Self Surrender* as to David J. Aubel by USA. (Palid, Andrew) (Entered: 11/05/2018) |
| 11/05/2018 | 176 | Electronic Clerk's Notes for proceedings held before Chief Judge Patti B. Saris: Hearing as to David J. Aubel held on 11/5/2018... Sentencing Hearing did NOT GO FORWARD. Defendant did not appear in court for the sentencing hearing, Bench Warrant Issued.(Ausa DeLlano, Palid, Atty Weinstein, PO Wingard)Court Reporter Name and Contact or digital recording information: Lee Marzilli at leemarz@aol.com. (Molloy, Maryellen) (Entered: 11/05/2018) |
| 11/06/2018 | 180 | ( SEALED ) EXHIBITS in Support re 173 Opposition by USA as to David J. Aubel (Geraldino-Karasek, Clarilde) (Entered: 11/20/2018) |
| 11/08/2018 | 177 | *Notification regarding Breach of Plea Agreement as to David J. Aubel (deLlano, Jordi) Modified docket text on 11/20/2018 (Geraldino-Karasek, Clarilde). (Entered: 11/08/2018)* |
| 11/16/2018 | 179 | Chief Judge Patti B. Saris: Endorsed ORDER entered " ALLOWED " re 175 MOTION to Seal Exhibits 1 and 2 to United States' Opposition to Defendant's Motion to Self Surrender as to David J. Aubel (1) (Geraldino-Karasek, Clarilde) (Entered: 11/20/2018) |
| 11/19/2018 | 178 | Arrest Warrant Returned Executed on 11/16/2018 as to David J. Aubel. (Caruso, Stephanie) (Entered: 11/19/2018) |
| | | |

| | | |
|---|---|---|
| 11/21/2018 | 181 | Transcript of Sentencing as to David J. Aubel held on October 3, 2018, before Chief Judge Patti B. Saris. Court Reporter Name and Contact Information: Lee Marzilli at leemarz@aol.com The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 12/12/2018. Redacted Transcript Deadline set for 12/24/2018. Release of Transcript Restriction set for 2/19/2019. (Scalfani, Deborah) (Entered: 11/21/2018) |
| 11/21/2018 | 182 | Transcript of Sentencing as to David J. Aubel held on October 18, 2018, before Chief Judge Patti B. Saris. Court Reporter Name and Contact Information: Lee Marzilli at leemarz@aol.com The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 12/12/2018. Redacted Transcript Deadline set for 12/24/2018. Release of Transcript Restriction set for 2/19/2019. (Scalfani, Deborah) (Entered: 11/21/2018) |
| 11/21/2018 | 183 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 11/21/2018) |
| 11/23/2018 | 184 | ELECTRONIC NOTICE CANCELING Sentencing HEARING that was set for 11/5/18 as to David J. Aubel....Defendant did not appear, Bench Warrant Issued. (Molloy, Maryellen) (Entered: 11/23/2018) |
| 12/21/2018 | 185 | ELECTRONIC NOTICE OF HEARING as to David J. Aubel.... Sentencing set for 1/30/2019 09:30 AM in Courtroom 19 before Chief Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 12/21/2018) |
| 01/28/2019 | 186 | SENTENCING MEMORANDUM by USA as to David J. Aubel (Palid, Andrew) (Entered: 01/28/2019) |
| 01/29/2019 | 188 | Transcript of Rule 11 Hearing as to David J. Aubel held on November 28, 2017, before Chief Judge Patti B. Saris. Court Reporter Name and Contact Information: Rachel Lopez at raeufp@gmail.com The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 2/19/2019. Redacted Transcript Deadline set for 3/1/2019. Release of Transcript Restriction set for 4/29/2019. (Scalfani, Deborah) (Entered: 01/29/2019) |
| 01/29/2019 | 189 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 01/29/2019) |
| 01/30/2019 | 190 | Electronic Clerk's Notes for proceedings held before Chief Judge Patti B. Saris: Sentencing held on 1/30/2019 for David J. Aubel (1), Count 1-5, Sentencing imposed 87 Months Imprisonment on counts 1-5 all to be served concurrently with each other; No Fine; $500 Special Assessment; Restitution $242,552.72 ; 5 Years of Supervised Release. Standard & Special Conditions of Supervision. Defendant remanded back to the custody of the USM, court adjourned. Court Reporter Name and Contact or digital recording information: Lee Marzilli at leemarz@aol.com. (Molloy, Maryellen) Modified on 1/30/2019 (Molloy, Maryellen). (Entered: 01/30/2019) |
| 01/30/2019 | 191 | (3) Letters in support of Sentencing as to David J. Aubel (Geraldino-Karasek, Clarilde) (Entered: 01/30/2019) |
| 02/05/2019 | 192 | Chief Judge Patti B. Saris: ORDER entered. JUDGMENT as to David J. Aubel (1), Count(s) 1, 2, 3-5, Sentencing imposed 87 Months Imprisonment on counts 1-5 all to be served concurrently with each other; No Fine; $500 Special Assessment; Restitution $242,552.72 ; 5 Years of Supervised Release. Standard & Special Conditions of Supervision. (Geraldino-Karasek, Clarilde) (Entered: 02/07/2019) |
| 02/05/2019 | 193 | Chief Judge Patti B. Saris: ORDER entered. STATEMENT OF REASONS as to David J. Aubel (Geraldino-Karasek, Clarilde) (Entered: 02/07/2019) |
| 02/16/2019 | 194 | MOTION to Alter Judgment as to David J. Aubel. (Weinstein, Elliot) (Entered: 02/16/2019) |

| 02/19/2019 | 195 | ELECTRONIC NOTICE OF HEARING as to Robert J. Raffa... **Restitution Hearing set for 2/28/2019 10:30 AM in Courtroom 19 before Chief Judge Patti B. Saris.** Mr. Raffa will be habed in from FMC Deven's for the hearing.(Molloy, Maryellen) (Entered: 02/19/2019) |
|---|---|---|
| 02/20/2019 | 196 | Chief Judge Patti B. Saris: ENDORSED ORDER entered.... Granting 194 Motion to Alter Judgment as to David J. Aubel "Allowed subject to an evaluation by Probation" (Molloy, Maryellen) (Entered: 02/20/2019) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 02/22/2019 10:33:28 ||||
| **PACER Login:** | mh737780:5434605:4043519 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cr-10125-PBS |
| **Billable Pages:** | 18 | **Cost:** | 1.80 |